JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES GRAND LODGE OF THE ORDER BRITH ABRAHAM,

---

* Affd., 249 N. Y. 564.     † Affd., 249 N. Y. 523.

Appellant, v. The State Bank, Respondent.— The defendant having filed a stipulation in this court waiving a jury trial and consenting that the case be placed on any preferred calendar in New York county for trial that the plaintiff may elect, the order is affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.